IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 13-338-6

Ronald Drummond :

:

: **FILED**
: SEP 19 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of the defendant in the above-named case.

_____Jack McMahon_____
Counsel for Defendant

_1500 Walnut Suite 1100_
Address

_Phila 19102_

_215-985-4443_
Phone No. and Fax No.

_9/17/13_
Date

Cr. 17 (8/80)