IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **ARRAIGNMENT** |
| | | **PRETRIAL DETENTION** |
| | | September 18, 2013 |
| | : | ESR OPERATOR:  C. Wardlaw |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Robert Livermore |
| | | |
| v. | : | Cr. No:  13-338-6 |
| | | |
| RONALD DRUMMOND | : | Jack McMahon |
| | : | [] CJA Appointed |
| | | [**X**] Retained |
| | | [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted.  A detention hearing and  are scheduled for .

[**X**] The Defendant stipulated to [] probable cause and/or [**X**] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[X] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

*BY:*

*/s/ Carol Sandra Moore Wells*
*CAROL SANDRA MOORE WELLS*
*CHIEF UNITED STATES  MAGISTRATE JUDGE*

**TIME IN COURT  5  MINUTES**
*(Form Revised December, 2007)*