# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL DOCKET NO. 2:13-cr-00338-6 |
| | : | |
| RONALD DRUMMOND | : | HONORABLE PETRESE B. TUCKER |

## MOTION TO CONTINUE SENTENCE

**AND NOW**, Defendant Ronald Drummond, through his attorney, Jack McMahon, Esquire, hereby submits this Motion to Continue Sentence and avers the following:

1. This matter is currently scheduled for Sentencing Friday, October 17, 2014 in Philadelphia, Pennsylvania.

2. Defense Counsel is currently in the middle of a death penalty homicide trial in Northampton County, <u>Commonwealth v. Rene Figueroa</u>, before Judge Anthony Beltrami. This trial is on going and expected to continue on into next week.

3. Assistant United States Attorney Robert Livermore has no objections to this request to continue.

**WHEREFORE**, Defendant respectfully requests a continuance in the above-captioned matter.

                                                 Respectfully submitted,

Date: October 16, 2014                         /s/ Jack McMahon
                                                      Jack McMahon
                                                      Attorney for Ronald Drummond

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this date a copy of the foregoing Motion to Continue Sentencing was electronically served on the following:

Robert Livermore, AUSA
Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106


Date:   October 16, 2014                    /s/ Jack McMahon
                                                                        Jack McMahon

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL DOCKET NO. 2:13-cr-00338-6** |
| | : | |
| **RONALD DRUMMOND** | : | **HONORABLE PETRESE B. TUCKER** |

# ORDER

It is hereby ORDERED and DECREED that Defense Unopposed Motion to Continue Sentence in the above-captioned matter is hereby GRANTED.

_____
J.