IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 13-336-006 |
| | : | |
| RONALD DRUMMOND | : | |

### ORDER

It is hereby ORDERED and DECREED, this _____ day of _____, 2014 that the judgment of sentence in the above captioned matter is hereby amended to reflect that Court One should state (1) conspiracy to distribute 100 grams or more of heroin, in violation of 21 U.S.C. Section 846.

_____

J.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Docket No. 13-336-006 |
| | : | |
| RONALD DRUMMOND | : | The Honorable Petrese Tucker |

## MOTION TO CORRECT JUDGMENT IN CRIMINAL CASE

And Now, Ronald Drummond, by and through his attorney, Emily Cherniack, Esquire, hereby files this Motion to Correct Judgment and avers the following:

1. On November 5, 2014, this Honorable Court sentenced the Defendant to a total of 144 months incarceration. This total sentence included a term of 84 months on Count 1.

2. On the written Judgment of Sentence docketed on November 6, 2014, Count One states that the Defendant was adjudged guilty of conspiracy to distribute 1 kilogram of heroin pursuant to Title 21, Section 846.

3. In fact, pursuant to the guilty plea entered into on June 23, 2014, the Defendant pleaded guilty to a lesser included offense of conspiracy to distribute 100 grams or more of heroin, in violation of 21 U.S.C. Section 846.

4. The Defendant is requesting that the sentencing document be corrected to reflect the correct offense to which he pleaded guilty.

5. The Defendant is not requesting any other changes to the sentencing document.

WHEREFORE, the Defendant respectfully requests that the Judgment of Sentence be amended so that Count One states that the Defendant pleaded guilty to conspiracy to distribute 100 grams or more of heroin.

Respectfully submitted,

Emily B. Cherniack

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Correct Judgment In A Criminal Case was served upon the following by electronic mail, this November 12, 2014:

AUSA Robert J. Livermore

Robert.J.Livermore@usdoj.gov

615 Chestnut Street, Suite 1250

Philadelphia, PA., 19106

Emily B. Cherniack